UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Jacksonville Division

CASE NO.: 3:26-cv-01547-JEP-LLL

ANNETTE CORBETT MARTIN, an individual,

Plaintiff,

v.

REGIONAL ACCEPTANCE CORPORATION, a foreign for-profit corporation; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign for-profit corporation; and TRANS UNION LLC, a foreign limited liability company,

Defendants.
_______________________________________/

**DEFENDANT REGIONAL ACCEPTANCE CORPORATION'S NOTICE OF A RELATED ACTION**[1]

Under Local Rule 1.07(c), "lead counsel has a continuing duty to notify the judge of a related action pending in the Middle District or elsewhere. A Notice of Related Action must be filed in all cases in the Tampa Division, even if no related action exists.

Counsel and unrepresented parties must also inform the Court about any related cases previously filed with any court or administrative agency. And

[1] When filing via CM/ECF, use the "Notice of a Related Action" event under Civil Events-Other Filings-Notices.

counsel and unrepresented parties have a continuing duty to promptly inform the Court of any newly filed similar or successive cases by filing an Amended Notice.

I certify that the above-captioned case:

☑ **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

Case No: 3:25-bk-00248-JAF (M.D. Fla. Bankr., Jacksonville Division)

☐ **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency

DATED: June 23, 2026.

Respectfully submitted,

*/s/ Sara L. Solano*

Sara L. Solano, Esq. (FL Bar No. 117966)
BURR & FORMAN LLP
200 East Broward Boulevard, Suite 1020
Ft. Lauderdale, FL 33301
Telephone: (954) 414-6200
Facsimile: (954) 414-6201
Email: ssolano@burr.com
Email: rzamora@burr.com
Email: flservice@burr.com

*Counsel for Defendant*
REGIONAL ACCEPTANCE CORPORATION

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 23, 2026, I electronically filed the foregoing with the Clerk of Court using CM/ECF, which will serve a copy of the aforesaid via Notice of Electronic Filing upon:

Max Story, Esq.
STORY LAW GROUP
328 2nd Avenue North, Suite 100
Jacksonville Beach, FL 32250
Email: max@storylawgroup.com
*Counsel for Plaintiff*

*/s/ Sara L. Solano*
Sara L. Solano, Esq. (FL Bar No. 117966)
BURR & FORMAN LLP