UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Jacksonville Division
CASE NO.: 3:26-cv-01547-JEP-LLL

ANNETTE CORBETT MARTIN,

Plaintiff,

v.

REGIONAL ACCEPTANCE CORPORATION; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION LLC,

Defendants.

**EXPERIAN INFORMATION SOLUTIONS, INC.'S**
**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.07(c), I certify that the instant action:

☐ **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

☒ **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

July 7, 2026

/s/ *Maria H. Ruiz*
Maria H. Ruiz FBN 182923
**HABER LAW, LLP**
251 NW 23rd Street
Miami, FL 33127-4315
Tel.: 305-379-2400
Fax: 305-379-1106
mruiz@haber.law
service@haber.law
***Attorney for Defendant Experian Information Solutions, Inc.***