**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

---

ANNETTE CORBETT MARTIN,
Plaintiff,

CASE NO. 3:26-cv-01547-JEP-LLL

vs.

REGIONAL ACCEPTANCE CORPORATION; EXPERIAN INFORMATION SOLUTIONS INC.; and TRANS UNION, LLC;
Defendants.

---

**DEFENDANT TRANS UNION LLC'S**
**NOTICE OF PENDENCY OF RELATED CASES**

In accordance with Local Rule 1.07(c), I hereby certify that the instant action:

___ IS — related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_______________________________________________

_X_ IS NOT — related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

Respectfully submitted,

*/s/ Alexandra Vargas*
Alexandra Vargas
Florida Bar No. 0010961
alex.vargas@qslwm.com
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
5801 Tennyson Parkway, Suite 440
Plano, Texas 75024
Telephone: (214) 560-5460
Fax: (214) 871-2111
***Counsel for Trans Union LLC***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of July, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

*/s/ Alexandra Vargas*
**ALEXANDRA VARGAS**